No. 80–6360. MOUNT *v.* CHASE BANK ET AL. C. A. 2d Cir. Certiorari denied. 

No. 80–6361. BAKER *v.* MITCHELL, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. 

No. 80–6371. MATHEWS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 80–6427. OWENS *v.* McCALL, CHAIRMAN, U. S. PAROLE COMMISSION, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 80–6443. VALLIER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 80–6444. CRIBBS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6452. GARCIA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 80–6453. HILGERT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 80–6455. HUBERTS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 79–624. ERNST RUSS STEAMSHIP Co. *v.* MATTHEWS. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition. 

No. 80–1118. STANCIL ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied. JUSTICE BRENNAN, JUSTICE STEWART, and JUSTICE MARSHALL would grant the petition and reverse the convictions.